UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br>      Applicant,<br>  v.<br>AMPERSAND PUBLISHING, LLC, D/B/A SANTA BARBARA NEWS-PRESS,<br>      Respondent. | No. MC 15-130 AB (FFMx)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Application for order Requiring Compliance with Administrative Subpoenas Duces Tecum, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Neither party has filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

///

///

///

///

///

///

///

1    IT IS ORDERED that respondent News-Press comply with the Subpoenas in full, except that:

(1) In request (1) of Subpoena JEU05N, the request for cellphone bills and statements from the relevant period should be stricken; and

(2) to the extent News-Press withholds any documents as being protected from production, News-Press must identify such documents and the basis upon which they are withheld in a privilege log.

DATED: February 3, 2016

_____
ANDRÉ BIROTTE JR.
United States District Judge

2