UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br>            Applicant,<br><br>    v.<br><br>AMPERSAND PUBLISHING, LLC, D/B/A SANTA BARBARA NEWS-PRESS,<br>            Respondent. | No. MC 15-130 AB (FFMx)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that respondent comply with the administrative subpoenas as limited by the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge.

DATED: February 3, 2016

_____
ANDRÉ BIROTTE JR.
United States District Judge